UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA


WILLIAM ALAN PHILLIPS, )
)
Plaintiff, )
) No. 1:05-CV-215
v. )
) Judge Curtis L. Collier
CAPITAL TOYOTA, INC., )
LEXUS OF CHATTANOOGA, INC., )
JEFFREY McKAMEY, and GENE McGEE, )
)
Defendants. )


## ORDER

In accordance with the accompanying memorandum, the Court hereby **GRANTS IN PART**

and **DENIES IN PART** Defendants Capital Motor Sales, Inc.'s, Jeffery McKamey's, and Gene

McGee's (collectively "Defendants") "Amended Motion for Partial Dismissal" (Court File No. 19).

The Court **ORDERS** as follows:

(1) Defendants' amended motion to dismiss is **GRANTED** with respect to all non-willful

claims brought under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, and the

Family Medical Leave Act ("FMLA"), 29 U.S.C. § 2601 *et seq.*, and these claims are **DISMISSED**;

and

(2) Defendants' amended motion to dismiss is **DENIED** with respect to Plaintiff's willful

FLSA claims.

Further, the Court **DENIES** Plaintiff's original Motion for Partial Dismissal (Court File No.

6) as **MOOT**.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**