UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| WILLIAM ALAN PHILLIPS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:05-CV-215 |
| v. ) | |
| ) | Judge Curtis L. Collier |
| CAPITAL TOYOTA, INC., ) | |
| LEXUS OF CHATTANOOGA, INC., ) | |
| JEFFREY McKAMEY, and GENE McGEE, ) | |
| ) | |
| Defendants. ) | |

## ORDER

In accordance with the accompanying memorandum, the Court hereby **GRANTS** Defendants Capital Motor Sales, Inc., Jeffery McKamey, and Gene McGee's (collectively "Defendants") "Second Motion For Partial Dismissal" (Court File No. 30) and **DISMISSES** Plaintiff William Alan Phillips' claims under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*. Plaintiff's remaining claims that have not been dismissed will proceed.

**SO ORDERED.**

**ENTER:**

**/s/**
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**